**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LORINZA CARMALITA SMITH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:23-cv-1582 (RC) |
| REYNOLDS & ASSOCIATES, INC., *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants' Motion to Dismiss, ECF No. 6. Because a ruling on the motion to dismiss potentially disposes of this case, the Court hereby advises the *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

The plaintiff is advised that the Court will rule on the defendants' motion taking into consideration the facts proffered in the complaint, along with her response or opposition to the motion. The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire . . . .

Fed. R. Civ. P. 6(d). The Court may treat as conceded any motion not opposed within the time limits outlined below. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined below. Thus, failure to respond to the defendants' motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that the plaintiff shall file an opposition or other response to the defendants' motion by **September 25, 2023**. If the plaintiff does not respond by that date, the Court may resolve defendants' motion without the benefit of the plaintiff's position.

SO ORDERED.

DATE: August 18, 2023

/s/
RUDOLPH CONTRERAS
United States District Judge